DM/USAO# 2015R00729



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. GLR-17-223 |
| v. | * | |
| | * | (Conspiracy to Distribute |
| EMMANUEL ROSE, | * | Controlled Substances, 21 U.S.C. |
| | * | § 846) |
| Defendant. | * | |
| | * | |

\*\*\*\*\*\*\*

## SUPERSEDING INFORMATION

### COUNT ONE
(Conspiracy to Distribute Controlled Substances)

The United States Attorney for the District of Maryland charges:

From January 2014 until on or around April 26, 2017, in the District of Maryland, the defendant,

**EMMANUEL ROSE,**

did knowingly and intentionally combine, conspire, confederate, and agree with others, known and unknown, to possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, a schedule II controlled substance, and heroin, a schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

21 U.S.C. § 846

_____
Robert K. Hur
United States Attorney